

PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions of Home Confinement

Name of Offender: Gregory Sims                                    Cr.: 04-00350-001

Name of Sentencing Judicial Officer: Joel A. Pisano, U.S.D.J.

Date of Original Sentence: 07/14/05

Original Offense: Theft of Department of Education Funds

Original Sentence: 2 years probation

Type of Supervision: Probation                    Date Supervision Commenced: 07/14/05

### PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

> Home confinement schedule is to be modified to allow the supervisee regular visitation with his son outside of the home to include school activities.

### CAUSE

Sims has ongoing visitation with his son.

Respectfully submitted,

By: Paul E. Choinski
U.S. Probation Officer
Date: August 22, 2006

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

9/1/06
_____
Date

**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

CHRISTOPHER MALONEY
CHIEF PROBATION OFFICER

THOMAS S. LARSON
SUPERVISING PROBATION OFFICER

August 22, 2006

200 FEDERAL PLAZA
ROOM 130
P.O. BOX 2097
PATERSON, NJ 07509-2097
(973) 357-4080
FAX: (973) 357-4092

Honorable Joel A. Pisano, U.S.D.J.
U.S. Post Office & Courthouse
Room 417
P.O. Box 999
Newark, New Jersey 07101-0999

RECEIVED
SEP - 5 2006
AT 8:00 _____ M
WILLIAM T. WALSH
CLERK

U.S. v. Gregory Sims
Dkt. No. 04-00350-001
**Request to Change Home Confinement Condition**

Dear Judge Pisano:

On June 1, 2006, Your Honor signed an order authorizing a modification of Gregory Sims' supervised release conditions to include a four month period of home confinement based upon his non-compliance with his supervision.

The probation office recently learned that the releasee has ongoing visitation with his son. The purpose of this letter is to request the Court's approval to modify the offender's home confinement schedule to include regular visitation with his son outside of the home and inclusive of school activities.

Therefore, unless Your Honor considers otherwise, we ask that you review the enclosed Probation Form 12B and sign the form authorizing the change in modification. If Your Honor requests an alternative course of action, please advise. We will make ourselves available should Your Honor wish to discuss this matter. You may contact the undersigned at the telephone number listed above.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Paul E. Choinski,
U.S. Probation Officer

Enclosure(s)